**Noah Horst**, OSB No. 076089
Email: noah@lmhlegal.com
**Ethan Levi**, OSB No. 994255
Email: ethan@lmhlegal.com
**Norah Van Dusen**, OSB No. 180114
Email: norah@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241
Facsimile: (971) 544-7092

**Attorneys for Defendant**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **JOSEPH DAVID EMERSON**, <br><br> Defendant. | Case No. 3:23-mj-00185 <br><br> **NOTICE OF ATTORNEY APPEARANCE** |

    Attorneys Noah Horst, Ethan Levi, and Norah Van Dusen have been retained to represent the defendant, Joseph David Emerson, in the above-captioned case. Please send all notices and correspondence to:

    Noah Horst, OSB No. 076089
    Email: noah@lmhlegal.com
    Ethan Levi, OSB No. 994255
    Email: ethan@lmhlegal.com
    Norah Van Dusen, OSB No. 180114
    Email: norah@lmhlegal.com
    Levi Merrithew Horst PC
    610 SW Alder Street, Suite 415

NOTICE OF ATTORNEY APPEARANCE - 1
(Case No. 3:23-mj-00185)

LEVI MERRITHEW HORST PC
610 SW ALDER ST. SUITE 415
PORTLAND, OR 97205
T: 971.229.1241 | F: 971.544.7092

Portland, OR 97205
Phone: 971.229.1241
Fax: 971.544.7092

**DATED** this 24th day of October, 2024.

                                        By:    <u>s/ Noah Horst</u>
                                        **Noah Horst**, OSB No. 076089
                                        **Of Attorneys for Defendant**

NOTICE OF ATTORNEY APPEARANCE - 2
(Case No. 3:23-mj-00185)

LEVI MERRITHEW HORST PC
610 SW ALDER ST. SUITE 415
PORTLAND, OR 97205
T: 971.229.1241 | F: 971.544.7092