UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:23-mj-00185 |
| v. | **WRIT OF HABEAS CORPUS *AD PROSEQUENDUM*** |
| **JOSEPH DAVID EMERSON,** | *(SINGLE DAY APPEARANCE)* |
| **Defendant.** | |

TO: Sheriff, Multnomah County

Pursuant to Chapter 153, Title 28, United States Code, you are directed to deliver the body of above named defendant, Joseph David Emerson, FBI #PDE76MCPX, SWIS #841644, a prisoner in your custody currently being housed at Multnomah County Detention Center, 1120 SW 3rd Ave., Portland, OR 97204, (503) 988-3689, to the United States Marshal for the District of Oregon, or his duly authorized Deputy, who is hereby directed to produce said prisoner before this court on Thursday, October 26, 2023, at 1:30 p.m., for the purpose of arraignment, trial or other proceedings. It is further ordered that the United States Marshal, or his duly authorized

/ / /

**Writ of Habeas Corpus *Ad Prosequendum***      **Page 1**

Deputy, shall re-deliver said prisoner to your facility at the conclusion of said proceedings, and is authorized to incur the necessary expenses connected therewith, as provided by law.

Dated: October 24, 2023



/s/ Youlee Yim You
HONORABLE YOULEE YIM YOU
United States Magistrate Judge

Presented by:

NATALIE K. WIGHT
United States Attorney

*/s/ Parakram Singh*
PARAKRAM SINGH, OSB #134871
Assistant United States Attorney