**Noah Horst**, OSB No. 076089
Email: noah@lmhlegal.com
**Ethan Levi**, OSB No. 994255
Email: ethan@lmhlegal.com
**Norah Van Dusen**, OSB No. 180114
Email: norah@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241
Facsimile: (971) 544-7092

**Attorneys for Defendant**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **JOSEPH DAVID EMERSON**, <br><br> Defendant. | Case No. 3:23-mj-00185 <br><br> **UNOPPOSED MOTION TO CONTINUE GRAND JURY REPORT AND ARRAIGNMENT DATE** |

      Comes now Defendant Joseph David Emerson, by and through his attorneys, Noah Horst, Ethan Levi, and Norah Van Dusen, and moves this Court for an Order to Continue the Grand Jury report due date and arraignment date by 30 days. The current report due date is November 22, 2023, and the parties would like to continue the due date and arraignment to December 21, 2023.

UNOPPOSED MOTION TO CONTINUE GRAND JURY REPORT AND ARRAIGNMENT DATE - 1
(Case No. 3:23-mj-00185)

Levi Merrithew Horst PC
610 SW Alder St. Suite 415
Portland, OR 97205
T: 971.229.1241 | F: 971.544.7092

I have discussed with Mr. Emerson his right to be indicted within 30 days of his arrest under 18 U.S.C. § 3161(b). Mr. Emerson understands his rights and knowingly waives his right to be arraigned within 30 days.

The Assistant United States Attorney assigned to this matter, Parakram Singh, does not oppose this motion to continue.

**DATED** this 15th day of November, 2023.

By: s/ Ethan Levi
**Ethan Levi**, OSB No. 994255
**Of Attorneys for Defendant**

UNOPPOSED MOTION TO CONTINUE GRAND JURY REPORT
AND ARRAIGNMENT DATE - 2
(Case No. 3:23-mj-00185)

LEVI MERRITHEW HORST PC
610 SW ALDER ST. SUITE 415
PORTLAND, OR 97205
T: 971.229.1241 | F: 971.544.7092